```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STATE FARM MUTUAL AUTOMOBILE    :      CIVIL ACTION
INSURANCE COMPANY               :
                                :
        v.                      :
                                :      NO. 25-1874
AMADOU DIALLO                   :
```

ORDER

AND NOW, this 7th day of August 2025, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff State Farm Mutual Automobile Insurance Company for default judgment as to defendant Amadou Diallo (Doc. # 8) is GRANTED.

                                           BY THE COURT:

                                           /s/   Harvey Bartle III
                                                                          J.